IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

YELLOW FREIGHT SYSTEM,        }
                              }
     Plaintiff                }
                              }      CIVIL ACTION NO.
vs.                           }
                              }      97-AR-3055-S
BULLARD & WILLIAMS, INC., ET  }
AL.,                          }
                              }
     Defendants

FILED
97 NOV 28 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 28 1997

## MEMORANDUM OPINION

On November 20, 1997, defendant, Bullard & Williams, Inc., removed the above-entitled case from the Circuit Court of Jefferson County, Alabama, to this court. Bullard & Williams, Inc., has its principal place of business in Alabama and is therefore an Alabama resident for the purposes of determining whether diversity jurisdiction exists pursuant to 28 U.S.C. § 1332.

Although plaintiff, Yellow Freight System, could have selected either a federal or a state forum and, if it had chosen to do so, could have invoked the jurisidiction of this court by filing its complaint in this court, defendant, Bullard & Williams, Inc., cannot invoke that same jurisdiction by removal because of the express limitation contained in 28 U.S.C. §1441(b), as follows:

1



> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. <u>Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought</u>.

(emphasis supplied). Because this court, being a court of limited jurisdiction, is obligated to examine its own subject matter jurisdiction, and in this instance finds such jurisdiction lacking, a *sua sponte* order of remand will be separately entered.

DONE this 28th day of November, 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE